```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**DALE B. ADAMS**                                                         **PLAINTIFF**

v.                          Civil No. 09-3054

**TYSON FOODS, INC.**                                                     **DEFENDANT**

### O R D E R

Now on this 7th day of January, 2011, comes on for consideration Plaintiff's **Motion to Recuse Judge Jimm L. Hendren and Request for his Resignation** (Doc. 169) and Defendant's response thereto (Doc. 176). The Court held a hearing on January 5, 2011, in Harrison, Arkansas. Dale Adams appeared at said hearing *pro se* and Kathlyn Graves appeared as counsel for Defendant. Both Mr. Adams and Ms. Graves presented their arguments to the Court on the motion.

For the reasons set forth on the record at said hearing in this matter, the Court finds that Plaintiff's alleged grounds for recusal are without merit and are insufficient to support the motion to recuse.

**IT IS THEREFORE ORDERED** that Plaintiff's **Motion to Recuse Judge Jimm L. Hendren and Request for his Resignation** (Doc. 169) is hereby **DENIED**.

IT IS SO ORDERED.

                                         **/s/Jimm Larry Hendren**
                                         **HON. JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**